UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | 2:19-CR-20164-TGB |
| Plaintiff, | |
| vs. | **ORDER REQUIRING SUPPLEMENTAL BRIEFING** |
| **MICHAEL ENGLISH**, | |
| Defendant. | |

The Court is in receipt of a letter dated April 7, 2020 from Defendant Michael English, which it will construe as a motion for release to home confinement or compassionate release. In light of the Sixth Circuit's recent decision in *United States v. Alam*, --- F.3d ---, 2020 WL 2845694 (6th Cir. June 2, 2020), Defendant English must exhaust his administrative remedies seeking release within the Bureau of Prisons. However, his letter does not indicate whether he has exhausted his administrative remedies.

Defendant English is ordered to submit supplemental briefing explaining whether he has sought administrative relief through the Bureau of Prisons, and, if so, the status of his request.  He is directed to mail his response directly to the address below within 30 days of the date of this Order.  <u>Failure to submit to this address will result in significant processing delays</u>:

Clerk's Office

Theodore Levin U.S. Courthouse

231 W. Lafayette Boulevard, Room 599

Detroit, MI 48226

If the Court has not received a response within 30 days, the Court will take no further action in this matter and the motion may be denied without prejudice.

DATED this 9th day of June, 2020.

BY THE COURT:

<u>/s/Terrence G. Berg</u>
TERRENCE G. BERG
United States District Judge