# EXHIBIT A

Raymond Weitzman, M.D., F.A.C.P.
6505 Legacy Woods Trail
West Bloomfield, Mi 48322
NPI 1669680872
August 14, 2020

Samantha Baker
Law Offices of David S. Steingold, PLLC
500 Griswold Street, Suite 2320
Detroit, Michigan 48226

RE: Michael English DOB 4/25/1986

Dear Ms. Baker,

I am board certified in Internal Medicine and Rheumatology. I am medical director of the Gary Burnstein Community Health Clinic and practice there. I have reviewed the medical records you provided to me dating from January 21, 2020 to May 19, 2020. The material includes multiple clinic visits by Mr. English while incarcerated. I have noted the following material findings:

1. Obesity: Mr. English has a height of 5"11" and a weight of 246 lbs which results in a BMI of 34.3 indicating severe obesity. Normal BMI is considered 18.5-24.9 which is far below Mr. English's weight.

2. Hypertension: The following elevated blood pressures were noted during clinic visits: 2/13/20: 131/92, 2/14/20: 140/108, 2/25/20: 144/101, 3/3/20: 148/93, 3/10/20: 137/87. Mr. English should have been treated with anti-hypertensive medication but this has not yet been initiated. Normal blood pressure is 120/80 or less.

3. Other problems include recurrent episodes of vertigo, recurrent hives, folliculitis and dysuria. Before incarceration Mr. English had a visit to an emergency room for chest pain but those records were not available to me.

Extreme obesity and hypertension are bad prognostic indicators in patients who contact Covid-19: SARS-2. Obesity and hypertension are associated with excess mortality in patients who develop clinical Covid-19; SARS-2 infections. Because of these risk factors I recommend Mr. English be considered for early release from incarceration.

Please let me know if you have other questions.

Raymond Weitzman, M.D., F.A.C.P.

*[signature]*

# Raymond J. Weitzman, M.D., F.A.C.P.

4616 Forestview Drive
West Bloomfield, Michigan 48322
248-408-8670
2020
**NPI:** 1669680872

## CURRICULUM VITAE

College: The University of Michigan 1963-1966
    Honors: William J. Branstrom Freshman Prize
    Freshman Honors
    Sophomore Honors
    Mary Markley Honor Award

Medical School: The University of Michigan 1966-1970
    Honors: Cum Laude
    1968 Michigan Heart Association Medical Student Research Award
    First Iowa Midwest Regional Medical Student Research Forum; second prize
    Fellow, American Association of Medical Colleges-Public Health Service
    International Research Training Program in Israel, 1969
    Alpha Omega Alpha Honor Medical Society
    Phi Kappa Phi Honor Society

Internship: Internal Medicine; The University of Michigan Affiliated Hospitals, July 1970-June 1971

Residency: Internal Medicine, Sinai Hospital of Detroit, July 1971-June 1973

Fellowship: Rheumatology, The Rackham Arthritis Research Institute, The University of Michigan, July 1973-June 1975

Certification: National Board of Medical Examiners    1971
    American Board of Internal Medicine    1973
    Rheumatology Subspecialty Board    1976

    Basic Cardiac Life Support    2011
    Advanced Cardiac Life Support    2012

## Professional Societies:

- Alpha Omega Alpha Honor Medical Society
- Phi Kappa Phi Graduate Honor Society
- Phi Delta Epsilon Medical Society
- Wayne County Medical Society
- Michigan State Medical Society
- American Medical Association
- Fellow: American College of Physicians
- Michigan Rheumatism Society
- Speakers Bureau: Michigan Chapter Arthritis Foundation
- American College of Rheumatology

## Practice: July 1975 to November 1998

Detroit Medical Center (previously Woodland Medical Center) Internal Medicine and Rheumatology
Retired due to injuries sustained in a pedestrian accident Sept 1997
Previously attending physician and medical director at Menorah House, Lahser Hills and attending physician at Bedford Villa Extended Care Facilities

## Practice 1998 to Date

Teaching staff Providence Hospital Southfield, Mi 1999 to 2011
Mobile Physicians of Southfield: Jan to April 2013
Gary Burnstein Medical Clinic: current 2013 to Date
Michigan Institute of Medicine: office and homecare May to September 2013  Locum Tenens
GoDocsGo 2/14 to 3/14: Home care
    Milford Family Practice 6/14 to 12/14 part time treating     internal medicine and rheumatology patients covering for a physician who is ill.

## Publications:

DuCharme, D, Weitzman, R. Beck, L.: Effects fo Phenoxybenzamine and Guanethidine on Bleeding Volumes in Normal and Nephrectomized Dogs: Pharmacologist 7: 178, 1965

Weitzman,R.,Beck,L.; Neurogenic Control of Renopressor System by a Nonganglionated, Adrenergic System: Pharmacologist 8: 215, 1966

Weitzman, R., Walker, S; The LE Cell Revisited: Laboratory Medicine, V7, No6, June 1976

Weitzman, R., Walker, S.; The Relation of the LE Cell Test to Laboratory and Clinical Parameters of Disease Activity in Systemic Lupus Erythematosus: The University of Michigan Medical Center Journal, V41, pgs 9-13, Jan-Dec, 1975

Weitzman, R., Walker, S.; Relation of Titered Peripheral Pattern ANA to anti-DNA and Disease Acitivity in Systemic Lupus Erythematosus; Annals of the Rheumatic Diseases, V36, pgs 44-49. 1977

Jacob, G., Messina, M., Caperton, E., Gordon, R. Harris, G. Sack, B., Vreede, P., Weitzman, R.; Safety and Efficacy of Etodolac, Once or Twice a Day in the Treatment of Active Rheumatoid Arthritis; Current Therapeutic Research, V.37, No 6, 1124-1129, 1985

Weitzman,R.; The Rheumatic Manifestatiions of Breast Implants: A Comparison of Symptoms with Implant Type and the Consequences of Implant Rupture: Providence Hospital of Southfield Medical Bulletin; V 6, No 2, 20-24, 1995