UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

Case No. 19-20164

Honorable Terrence G. Berg

v.

Michael English
    Defendant.
_____/

## ORDER TO SEAL

The government having moved to seal its exhibit and the Court being duly advised in the premises;

IT IS HEREBY ORDERED that the Government's Sealed Exhibit 1: BOP Medical Records, be sealed until further Order of the Court.

/s/Terrence G. Berg
HON. Terrence G. Berg
United States District Judge

Dated: January 19, 2021