UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, Plaintiff, v. **MICHAEL ENGLISH**, Defendant. | 19-20164-TBG-EAS<br><br>**ORDER TO RELEASE DEFENDANT IMMEDIATELY AND WITHOUT DELAY** |

On December 22, 2022, the Court entered an Order granting Mr. English's motion for compassionate release. The Order provided an additional 14 days for the Bureau of Prisons to carry out the order to the extent such a period of time would be necessary to ensure that Mr. English's transportation and residency could be safely arranged. As soon as Mr. English's transportation and place of residence is arranged, the Order requires that the Bureau of Prisons carry out the Court's Order.

On December 27, 2022, the Court received notification that Mr. English had completed his travel and residency arrangements, but that he was told by a prison official that he would not be released until January 4, 2023, that is, not until the expiration of the 14-day

period.  This is not a correct interpretation of the Court's Order.

The Court ordered Mr. English to be released as soon as his transportation and residency could be arranged, and allowed a maximum 14-day period to secure those arrangements.  Those arrangements are complete, so there is no longer any reason to keep Mr. English in custody.

Consequently, IT IS HEREBY ORDERED that the Bureau of Prisons SHALL RELEASE Mr. English IMMEDIATELY and WITHOUT DELAY.

/s/Terrence G. Berg
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE

Dated: December 27, 2022